# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| MICHAEL & NATALIE FREY, *on behalf of* PINEVILLE COMMUNITY HEALTH CENTER, INC.<br><br>PLAINTIFFS<br><br>v.<br><br>DENNIS VARGHESE and SHERYL RICHTER<br><br>DEFENDANTS | CIVIL ACTION NO. 6:24-CV-178-REW<br><br>***ELECTRONICALLY FILED*** |

## **DECLARATION OF SHERYL RICHTER**

My name is Sheryl Richter. I am over 18 years of age and competent to testify. I am a resident of the State of Iowa and I make this declaration based on my personal knowledge and belief.

1. Pineville Community Health Center, Inc. (the "Hospital") is a non-profit corporation organized in the Commonwealth of Kentucky.

2. On November 29, 2018 the predecessor hospital in Pineville filed a voluntary Petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Kentucky. *In re: Pineville Community Hospital Association, Inc.*, Case no, 18-61486 (Chapter 7). A trustee was appointed on November 30, 2018.

3. As part of the liquidation of the assets, the Hospital was formed on June 3, 2019.

4. In January, 2023 the Hospital was again facing insolvency and was in urgent need of a rescue plan. As part of the rescue plan, on January 30, 2023 the Hospital entered into a binding term sheet agreement whereby a Preservation Fund Entity, Payroll Card Formula, Inc. immediately loaned the Hospital $700,000.00 to finance working capital and the Hospital agreed to the appointment of Kentucky Medical Management, LLC as the new turn around manager. A copy of the January 30, 2023 term sheet agreement executed by the Hospital board, Kentucky Medical Management, LLC and Payroll Card Formula, Inc. is attached hereto as **Exhibit 1**

5. I played a pivotal role in facilitating the agreement between the hospital's existing board members and Payroll Card Formula Inc., whose financial support in January and February 2023 was crucial in saving the hospital from imminent closure.

6. As part of the rescue plan, the then current Board of Directors agreed to amend the Board By-laws to initiate a new member mechanism. A copy of the February 10, 2023 Consent to Action amending the Board By-Laws is attached hereto as **Exhibit 2**. Then the current Board members were to resign and allow the new member to appoint a new Board of Directors. A copy of the Member Resolution removing the Board members and filling their vacancy is attached hereto as **Exhibit 3**.

7. On February 10, 2023 the Hospital Board of Directors authorized a Consent to Action Without Meeting of the Board of Directors whereby the Board authorized and approved the appointment of ACT Abroad Group, Inc. as the sole member of the corporation. A copy of the February 10, 2023 Consent to Action is attached hereto as **Exhibit 2**.

8. I have been the membership representative of the Pineville Community Health Center, Inc. since February 10, 2023.

2

9. On February 10, 2023 the Hospital Board of Directors authorized a Consent to Action Without Meeting of the Board of Directors whereby the Board authorized and approved, *inter alia* (i.) the acceptance of $700,000.00 in funding from Payroll Card Formula, Inc.; (ii.) the hiring of Kentucky Medical Management, LLC as the turn-around manager for the Hospital; and (iii.) amended the Board By-laws to appoint a single member which was granted 100% vote on each matter submitted to a vote of members and allowed the single member to conduct meetings of the board. A copy of the Consent to Action is attached hereto as Exhibit 2. A copy of the "Pineville Community Health Center, Inc. Board By-Laws" which were amended by the Board's Consent to Action (Exhibit 2) is attached hereto as **Exhibit 4**.

10. I have never seen the document attached as Exhibit 3 to the Frey's Motion for Preliminary Injunction. That exhibit is not a true and accurate copy of the Hospital's By-Laws.

11. I have been on the Hospital Board and served as Secretary of the Board since February 2023.

12. On February 10, 2023 the Hospital as Borrower entered into a Credit and Security Agreement with Payroll Card Formula Inc. as Lender. A copy of the Credit and Security Agreement is attached as **Exhibit 5**.

13. On April 14, 2023 consistent with the rescue plan, the sole member of the Hospital removed the then board members, Russell Thompson, Kenneth Jones and Kathleen Reese from the board. A copy of the Member Resolution to Remove Board Of Directors is attached as **Exhibit 3**.

14. On April 14, 2023 consistent with the rescue plan, the sole member of the Hospital nominated and appointed Dennis Varghese, Natalie Frey and Sheryl Richter as new board members. At no time has Michael Frey been appointed an *ex officio* member of the

3

Hospital Board. A copy of the Member Resolution to Install a New Board of Directors is attached as **Exhibit 3**.

15. On April 14, 2023 consistent with the rescue plan, the sole member of the Hospital designated and appointed Dennis Varghese as Chairman of the Board for the Hospital. At no time has Natalie Frey been appointed Chair of the Hospital Board. A copy of the Member Resolution to Appoint Chairman of the Board is attached as **Exhibit 3**.

16. On May 1, 2023 the Hospital entered into a Consulting Agreement with Frey Consulting pursuant to which, around April 2024, the Hospital engaged Michael Frey to act as Interim President and Chief Executive Officer reporting to the Chair of the Board.

17. Since the start of my time as a Hospital board member, I recognized the severe need of repair and capital improvements and have worked closely with Charles Griffin, our maintenance department manager to help strategize and fix the most dire structural needs of the hospital – roof, elevators, HVAC, and plumbing. Charles and I made significant progress together and solved many of the critical structural issues (roof and HVAC) until June 2024 when Michael Frey specifically told Charles to no longer involve me or talk to me about any of the facilities work requirements. In conjunction, Michael Frey also told me that I was no longer to talk to Charles, that he was no longer interested in working with me and I had upset Charles to the point he was ready to quit. As we later learned when the Board found out about the Freys' unauthorized account at Commercial Bank discussed supra, this was the start of Michael's plan to bring in his own friends and crews to take over much of the maintenance of the Hospital while laundering the Hospital's money through his unauthorized bank account.

18. During his tenure as the CEO of the Hospital, Micheal Frey has been a disruptive and polarizing officer. He has berated and cursed the Hospital staff and failed to follow through on numerous initiatives designed to upgrade the Hospital and secure its financial stability. Attached as **Exhibit 6** are statements from multiple members of the Hospital staff, executive leadership team, and others describing some of Mr. Frey's serious management and interpersonal performance problems and deficiencies.

19. In addition to his multiple management problems, an investigation into the Hospital's finances has revealed that Michael and Natalie Frey improperly opened an account at Commercial Bank in Pineville using falsified documents and diverted funds from the Hospital to this unauthorized account that only Michael Frey and Natalie Frey controlled. This account is in contravention to the Credit and Security Agreement executed by the Hospital. While the Hospital is still reviewing the flow and source of funds that were deposited into the account, it appears that in excess of $1,000,000 was improperly diverted to this account and subsequently removed by Mr. Frey. It further appears that at least a significant portion of the funds in the Commercial Bank account were transferred to Mr. Frey himself, his family and friends for non-legitimate Hospital purposes.

20. Since the Freys removal the Hospital administration has discovered checks signed by Michael Frey to his wife, Natalie Frey on the Hospital checking account totaling $30,000. Board members are not paid for those services to the Hospital and at no time did the Board ever approve or authorize any payments to Natalie Frey. The Hospital has also determined the Michael Frey made other improper and unsanctioned payments. For example the Hospital has discovered that Michael Frey gave $17,500 to Austin Dulay and his girlfriend. Mr. Dulay is not an employee, contractor or vender of the Hospital. Rather he is

5

the son of a friend of Michael Frey who, like Mr. Frey, wants to become a mixed martial arts fighter. In June 2024 Michale Frey introduced Austin Dulay and his father, Fred Dulay to Dennis Varghese and me and asked if we would sponsor Austin for $5000 per month for his personal training expenses. Both Mr. Varghese and I declined and further stated this was of no interest to the Hospital. Since the Freys termination, we have discovered that three payments totaling $17,500 were made with Hospital funds to Austin Dulay and his girlfriend Attached as **Exhibit 7** are multiple checks made out to Natalie Frey and Austin Dulay signed and paid by Michael Frey with Hospital funds.

21. Mr. and Mrs. Frey have improperly alleged that the Hospital has failed to provide the necessary report to Medicare. That is a false narrative and any delays have been the result of plaintiffs failure to allow access to the necessary records to obscure the diversion of funds to Commercial Bank.

22. Medicare cost reports are due within 5 months of the end of hospital's fiscal year. 42 CRF § 413.24(f)(2). The Hospital's business office and financial team is responsible for supplying the necessary information to the Hospital's outside CPA who then prepares and submits the report.

23. At the direction of Mr. Frey, Tyler Stapp, the Hospital's Assistant Administrator responsible for ensuring the necessary information is supplied to the CPA was blocked from accessing the necessary financial information. This was also to cover up the fact the Freys had misappropriated several million dollars to a Commercial Bank account to which only they had access.

24. Subsequent to Mr. Frey's termination, on December 20, 2024 I was able to gain access into the Hospital electronic medical record software, CPSI and I am starting to locate

the information necessary to compile and file the Medicare report. Since that time the Hospital has been in regular contact with its outside CPA, Scott Mertie at Kraft Healthcare Consulting, LLC(an affiliate of KraftCPAs PLLC) to provide the necessary information and coordinate with Medicare. The Hospital and its outside CPA are working diligently to submit the Medicare report which should be filed within the first week of January.

25. The Hospital is not in danger of closing as a result of the late Medicare reporting caused by the Freys blocking of information and failure to update the medical record software. Medicare does not affect collecting the other 20 insurance plans the Hospital does business with. Additionally, Medicare accrues missed payments and provides full payment once reporting is accepted.

26. While unstated in the Complaint and Motion for Preliminary Injunction, under Mr. Freys leadership last year the Hospital was 6 months late in completing the Medicare report and state Medicaid reports (attached hereto as **Exhibit 14**). Once the reports were filed and accepted, all accrued payments were made without financial consequences.

27. On November 26, 2024 as the sole member of the Hospital, ACT Abroad Group, Inc. removed Natalie Frey as a director of the Hospital. A copy of the November 26, 2024 Consent of Member removing Natalie Frey as a director of the Hospital is attached as **Exhibit 8.**

28. On November 26, 2024 the sole member of the Hospital and all of the Directors elected and appointed Tyler Stapp as a director to fill the vacancy created by the removal of Natalie Frey as a director. A copy of the November 26, 2024 Joint Consent of Member and Directors electing and appointing Tyler Stapp is attached as **Exhibit 9.**

29. On November 26, 2024 the Directors of the Hospital removed Michael Frey as the President and Chief Executive Officer of the Hospital. A copy of the November 26, 2024 Consent of Directors removing Michael Frey from his position as President and CEO is attached as **Exhibit 10.**

30. The removal of Mr. Frey as President and CEO was necessary to save the Hospital from financial despair. This was done properly and consistent with the By-Laws of the Hospital and necessary to protect the welfare of the Hospital.

31. The removal of Mrs. Frey from the Board was consistent with the By-Laws of the Hospital and necessary to protect the welfare of the Hospital.

32. On November 27, 2024 Carolyn Bruce, the Director of Nursing Services, wrote in her own words and confessed to creating falsified Board Minutes under the direction of Michael and Natalie Frey. These Board minutes also included appointing Natalie Frey Chairman of the Board on February. A copy of Carolyn Bruce's declaration is attached as **Exhibit 11**.

33. I have been accused of moving money into a personal account at Exchange State Bank. The $7,000,000 the Plaintiffs allege was moved into a personal account was actually moved to appropriate business accounts of Payroll Card Formula, Inc. and Kentucky Medical Management, LLC. A copy of the transfer wires and deposits into the Lender's account are attached as **Exhibit 12**. These wires were done per the terms of the Credit Agreement signed in February 2023.

34. A question has been raised about an account in Exchange State Bank in Adair Iowa, with a balance of $100. This account was opened after Michael Frey caused the Hospital to default on a loan from First State Bank of the Southeast (FSB) and thereafter

8

assaulted the President of the bank. FSB froze the Hospital's funds and I was asked to open another account. I deposited $100 of my own money into that account. The Hospital subsequently opened a different account for transferring money pursuant to the Credit Agreement.

35. The Freys have accepted $53,000 from Payroll Card Formula, Inc. (PCF) from January – May 2023. A copy of payments from PCF to the Freys is attached as **Exhibit 13**.

36. Mr. Frey's assertion that he was fired unjustly is false. The hospital has many well documented instances of incompetence, lack of performance, defamation of the board and the hospital staff, creating false documents, opening unauthorized bank accounts in violation of the Hospital's Credit and Security Agreement, diverting funds, abuse of power and unprofessionalism, violation of privacy issues, and age discrimination.

37. Mr. Frey has had multiple improper altercations with both his staff and third parties. In addition to his confrontations and assault of Ken Jones, the President of First Savings Bank, Mr. Frey has literally chased Scott Madon, Pineville's Mayor out of the hospital; screamed at and belittled Tyler Stapp in front of colleagues due to his disability and age, kicked in the door of the Hospital's conference room and cussed me out in front of several witnesses, intimidated several hospital employees who were delivering fruit baskets to providers forcing me to contact the Pineville police and threatened to kill a clerk at the Bell Circuit Court because he accused him (the clerk) of slipping him a roofie at a local bar.

38. Mr. Frey prevented new services and departments from opening with constant excuses, construction changes, not filing paperwork. As one example, after spending hundreds of thousands of dollars converting rooms in the hospital for 28 Day Stay - inpatient Drug Rehabilitation, all construction came to a halt and the Board was told he wanted to

classify the beds differently, which would mean another $1-2MM be invested all due to his lack of strategic planning.

39. In their Motion for Preliminary Injunction the Freys asserted they discovered a stop payment order had been placed on a vender for diabetes treatment that was set to begin on December 2, 2024. It is true that the Hospital stopped payment on many checks signed by Michael Frey out of an account on which he did not have signing authority. See the attached November 26, 2024 letter from B1 Bank noting Michael Frey was not an authorized signer and did not have any authority on any of these accounts [**Exhibit 15** attached hereto.]. At the time of his termination, the Hospital froze all bank accounts to prevent any further misappropriations. The diabetes treatment vendor was subsequently paid and continues to perform services. [**Exhibit 16** attached hereto].

I affirm under the penalties for perjury that the foregoing representations are true.

_____
Sheryl Richter
Date: 12-30-24

101836202.2

10